STATE OF MONTANA ex rel TONY BAKER, Petitioner, *v.* SHERIFF OF LEWIS AND CLARK COUNTY, and JUDGE PETER MELOY of the First Judicial District of the State of Montana, Respondent.

No. 13885.
July 7, 1977.
565 P.2d 646.

## ORDER

The verified petitioner of petitioner, TONY BAKER, for a writ of habeas corpus having been presented to the Court, and the Court having reviewed said verified petition,

IT IS HEREBY ORDERED that said petition is summarily denied.